UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED

97 JAN -2 PM 12: 25

U.S. DISTRICT COURT
N.D. OF ALABAMA

Entered on
01/03/97

PRESIDENTIAL FINANCIAL
CORPORATION,   )

    PLAINTIFF,   )

VS.   )   CV96-S-1539-NE

COACH'S STRIPE, INC.,   )
BOBBIE A. WOODY,
GEORGE NICK AUTREY,   )
KATHY B. AUTREY,
  )

    DEFENDANTS.

FINDINGS OF FACT
AND
CONCLUSIONS OF LAW

The court has before it the plaintiff's renewed motion for default judgment, together with the affidavits of Kenneth W. Love attached thereto. The court finds and concludes as follows:

1. That defendant Coach's Stripe, Inc. was served with a copy of the summons and complaint on November 6, 1996; that defendants George Nick Autrey and Kathy B. Autrey were served by personal service on November 4, 1996; and named defendants have failed to answer or respond.

2. That Coach's Stripe, Inc. is a corporation within the jurisdiction of this court.

3. That defendants George Nick Autrey and Kathy B. Autrey are not infants or incompetents, and have not been in the armed forces since the filing of the lawsuit or six months prior thereto.

4. That defendants Coach's Stripe, Inc., George Nick Autrey and Kathy B. Autrey, separately and severally, are indebted to plaintiff Presidential Financial Corporation in the principal sum

of $118,099.52, as of October 31, 1996.

5. That plaintiff shall have and recover from named defendants the sum of $118,099.52.

A judgment by default will be entered contemporaneously herewith.

DONE this __2nd__ day of January, 1997.

```
                                    _____
                                    C. Lynwood Smith, Jr.
                                    United States District Judge
```

2